**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Scott John GRUBBS, Petitioner**

**No. 65 WAL 2017**

Supreme Court of Pennsylvania.

May 23, 2017

## ORDER

PER CURIAM

**AND NOW,** this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

■

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Edward Stephen DELGROS, Petitioner**

**No. 26 WAL 2017**

Supreme Court of Pennsylvania.

May 23, 2017

## ORDER

PER CURIAM

**AND NOW,** this 23rd day of May, 2017, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

(1) Do this Court's decisions regarding the deferral of claims of ineffective assistance of counsel to post-conviction collateral review, and the limited exceptions thereto, apply to convictions resulting in non-custodial sentences imposing a fine only, and do Due Process considerations require some opportunity to raise such claim?